**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1103**

MARK MIXON,

Plaintiff – Appellant,

v.

TYRRELL COUNTY PUBLIC SCHOOLS,

Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.   Malcolm J. Howard, Senior District Judge.   (2:07-cv-00031-H)

Submitted:  September 29, 2009        Decided:  October 2, 2009

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark Mixon, Appellant Pro Se.   Curtis Hudson Allen, III, THARRINGTON & SMITH, LLP, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Mixon appeals the district court's order dismissing his complaint without prejudice for insufficient service of process. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mixon v. Tyrrell County Public Schools, No. 2:07-cv-00031-H (E.D. Va. Dec. 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED